No. 75–333. NORTH v. NORTH. Appeal from Sup. Ct. Kan. Motion of appellee for leave to proceed *in forma pauperis* denied. Appeal dismissed for want of substan-

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date.

tial federal question.

